AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Darold Ray ZunieFeathers<br>Year of Birth: 1996<br><br>Defendant(s) | Case No.<br><br>16mj1520 |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
APR 12 2016
MATTHEW J. DYKMAN
CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 29, 2015__ in the county of __McKinley__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1153 | Offenses committed within Indian Country |
| 18 U.S.C. Section 1112(a) | Involuntary Manslaughter |

This criminal complaint is based on these facts:

On or about July 29, 2015, Darold ZunieFeathers, Indian, did unlawfully kill John Doe within the confines of the Zuni Indian Reservation in the District of New Mexico in violation of Title 18, U.S.C. 1153 and 1112(a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Clay Kant, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: April 12, 2016

City and state: Albuquerque, NM

_____
Judge's signature

Laura Fashing, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. |
| VS ) | |
| ) | AFFIDAVIT IN |
| Darold Ray ZunieFeathers ) | SUPPORT OF ARREST |
| Year of birth: 1996 ) | WARRANT |
| ) | |

I, the undersigned, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and has been employed in that capacity since June 2010. Your affiant is currently assigned to the Albuquerque Division of the FBI, Gallup Resident Agency, and has primary responsibility for crimes occurring in Indian Country within the District of New Mexico. In this regard, the following information was developed from an investigation conducted by your affiant and/or communicated to him by other sworn Law Enforcement Officers regarding the death of John Doe, a 23 year-old male, enrolled member of the Zuni Pueblo, by Darold R. ZunieFeathers (hereinafter ZunieFeathers), a 19 year-old male, enrolled member of the Zuni Pueblo, occurring within the exterior boundaries of the Zuni Pueblo.

2. This investigation concerns an alleged violations of Title 18 U.S.C. § 1112(a) and 1153(a), Involuntary Manslaughter in Indian Country, NMSA § 66-8-102, Driving Under the Influence of Intoxicating Liquor or Drugs, and NMSA § 66-8-113, Reckless Driving.

3. Your affiant is aware that on 07/29/2015 at approximately 4:58 A.M., Zuni Police Officers responded to 06 Old Mission Drive, Zuni, New Mexico, a residence within the exterior boundaries of the Zuni Pueblo, and observed an individual, later identified as John Doe, lying

in the driveway of the residence. John Doe was naked from the waist down, had numerous abrasions, and a severe head wound from which he was bleeding profusely.

4. John Doe was pronounced dead on 07/29/2015, 6:11 A.M., at the Zuni Indian Hospital in Zuni, New Mexico. The Zuni Indian Hospital is located within the exterior boundaries of the Zuni Pueblo.

5. An autopsy performed on John Doe by the New Mexico Office of the Medical Investigator determined that the cause of the death was 'blunt head trauma.' The autopsy report stated that John Doe's head injuries were consistent with being run over by an automobile and the lack of other impact sites on his body suggested that he was likely lying down when his head was run over. Additionally, toxicology results revealed an elevated blood alcohol level and marijuana in John Doe's system.

6. M.C. and J.V., acquaintances of John Doe, stated that on the night of July 28, 2015, they were at 06B Old Mission Drive, Zuni, NM, with John Doe, ZunieFeathers, and several other people around 11:00 P.M. ZunieFeathers brought over vodka in water bottles for the group to drink. Some in the group were also smoking marijuana. ZunieFeathers left around 11:30 P.M. and came back about 12:30 A.M. with more alcohol. At about 2:10 A.M., John Doe and ZunieFeathers both left the residence through separate doors and did not come back.

7. John Doe's mother, O.M., stated that on the night of July 28, 2015, she returned home to 06 Old Mission Drive, Zuni, NM around 10:30 P.M. and her youngest son told her that John Doe just left to go his uncle A.C.'s house. O.M. slept in her living room by the home's front window that night because she was concerned about John Doe.

8. Early on the morning of 07/29/2015, she was awakened by a "commotion" outside and heard the sound of footsteps and something being dragged outside the front window. She looked outside at the driveway area and observed a male, identified by her as

ZunieFeathers, driving a blue Chevy Silverado "double cab" truck. She saw the truck pull forward, back up, pull forward again, back up again and almost hit her house, and then quickly depart.

9. After the truck departed, O.M. observed someone lying in her driveway. She walked to where the person was and saw that it was John Doe. She heard him make a "gurgling" sound and noticed he was bleeding from his head.

10. At approximately 4:55 A.M. Zuni Police dispatch received a 9-1-1 call requesting an ambulance for John Doe, who was subsequently transported by ambulance to the Zuni Indian Hospital.

11. ZunieFeather's grandfather, C.Z., advised that early on the morning of 07/29/2015 he was awakened by a phone call from ZunieFeathers, who was screaming and hysterical, and told him that some people had taken him somewhere but he did not know where. C.Z. started driving around Zuni and eventually found ZunieFeathers based on information ZunieFeathers gave him. When he found ZunieFeathers, it was still dark outside and ZunieFeathers was lying on the ground without a shirt. C.Z. was going to drive ZunieFeathers home, but ZunieFeathers started vomiting so C.Z. took him to the hospital.

12. ZunieFeathers arrived at the Zuni Indian Hospital with C.Z on 07/29/2015 at approximately 6:30 A.M. ZunieFeathers appeared to be highly intoxicated and was "agitated." A test performed by the hospital that morning showed ZunieFeather's ethanol serum concentration was 258 mgs/dL (calculated blood alcohol 0.22 gms/100mL of blood). A breath alcohol test performed by the Zuni Police Department on 07/29/2015 at approximately 1:51 P.M. showed ZunieFeather's breath alcohol level was 0.08 gms/100mL of blood.

13. Later that morning, Zuni Police Officers located a blue 2001 Chevy Silverado "double cab" truck with a black door on the driver's side, New Mexico license plate KWR552, VIN 1GCEK19T91E254281, abandoned in an arroyo approximately 6.2 miles south of 06 Old Mission Drive on Bureau of Indian Affairs (BIA) Route 41, a location within the exterior boundaries of the Zuni Pueblo. The truck was registered to F.Z., the father of ZunieFeathers.
14. Additionally, Zuni Police Officers located one pair of black pants containing two cellular telephones and a wallet with the identification card of John Doe on a dirt road off of BIA Route 41 about one-half mile from where the truck was located.
15. The blue Chevy truck had a red blood-like substance on the side of the front driver side tire, inside the front driver side wheel well, and spattered along the bottom of the driver side door.
16. The blue Chevy truck was searched by the FBI on 07/31/2015 pursuant to a federal search warrant. Multiple swabs were taken of a red substance located on the front driver side tire and wheel, driver side door, and on the front and underside of the vehicle. Subsequent testing of these swabs by the FBI laboratory showed that the red substance was the blood of John Doe. Inside the truck, there was a water bottle that contained a clear liquid that had a strong alcohol-like smell.
17. Based on the forgoing, your affiant submits that probable cause exists to show that Darold ZunieFeathers, an enrolled member of the Zuni Pueblo, did unlawfully kill John Doe, an enrolled member of the Zuni Pueblo, on or about July 29, 2015 within the exterior boundaries of the Zuni Pueblo, in Indian Country, in the District of New Mexico in violation Title 18 U.S.C. § 1153 and 1112, Involuntary Manslaughter in Indian Country, NMSA § 66-8-102, Driving Under the Influence of Intoxicating Liquor or Drugs, and NMSA § 66-8-113, Reckless Driving.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Respectfully submitted,

Clay Trant
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on April 12, 2016

UNITED STATES MAGISTRATE JUDGE